UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTIN R. CROSS, | No. 2:19-cv-2416 WBS AC P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| T. MEZA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By findings and recommendations filed June 7, 2021, the undersigned recommended that plaintiff's motion for leave to proceed in forma pauperis be denied and the he be required to pay the filing fee or face dismissal of the case. ECF No. 11. The findings and recommendations are still pending. However, plaintiff has now filed a notice stating that he submitted a request to his counselor to have $166.04 transmitted to the court to satisfy his outstanding fees. ECF No. 12.

The fees for this case include the required filing fee of $350.00 plus the $50.00 administrative fee, for a total of $400.00.[1] According to court records, plaintiff's payment of $166.04 was received by the court on June 28, 2021, but no other payments have been received

---

[1] The administrative fee is waived only if plaintiff is granted leave to proceed in forma pauperis.

1

for this case. Accordingly, the remaining balance due in this case is $233.96. Plaintiff is advised that any payments he may have made toward the filing fees in other cases cannot be attributed to this case.

IT IS SO ORDERED.

DATED: July 6, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE