UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTIN R. CROSS, | No. 2:19-cv-2416 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| T. MEZA, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed a request for copies of the complaint and docket sheet, ECF No. 15, and a motion for a sixty-day extension of time to file an amended complaint, ECF No. 16. Court records also show that plaintiff has now paid the filing fee in full. Accordingly, the June 7, 2021 Findings and Recommendations recommending that plaintiff's application to proceed in forma pauperis be denied will be vacated, and the motion will instead be denied as moot.

    Plaintiff's request for copies is accompanied by an incomplete trust account withdrawal order. ECF No. 15 at 2. It appears plaintiff intends for the court to complete the withdrawal slip so that he can obtain copies of his complaint and the docket. The court will not complete the withdrawal slip, but will provide plaintiff with the information he needs to complete the form himself. The Clerk's Office provides copies at a rate of $0.50 per page and the original complaint is seventeen pages while the docket sheet is currently four page. Therefore, plaintiff will need to

have a check for $10.50 sent to the court.  The check should be addressed to "Clerk, USDC" and mailed to 501 I Street, #4-200, Sacramento, CA 95814.  Under the "Purpose" portion of the withdrawal slip, plaintiff should state that it is for copies of the complaint (ECF No. 1) and docket sheet in Cross v. Meza, No. 2:19-cv-2416 WBS AC P, and he should ask the CDCR to include that information on or with the check or include a copy of this order with the check.  When plaintiff submits his withdrawal slip, he should include a copy of this order so that the officer processing the request understands what information plaintiff's check needs to include.

Plaintiff also seeks an additional sixty days to file an amended complaint, based in part upon his need to obtain additional copies of the original complaint and the time it will take to do so.  ECF No. 16.  The deadline to file an amended complaint is currently August 5, 2021.  Good cause appearing, the request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The June 7, 2021 Findings and Recommendations, ECF No. 11, are VACATED.
2. Plaintiff's motion to proceed in forma pauperis, ECF No. 2, is DENIED.
3. Plaintiff's motion for copies of the complaint and docket, ECF No. 15, is DENIED without prejudice to a request accompanied by the proper fees.
4. Plaintiff's motion for an extension of time, ECF No. 16, is GRANTED and plaintiff shall have an additional sixty days, up to and including October 4, 2021, to file an amended complaint.  No further extensions of time will be granted absent a showing of extraordinary circumstances.

DATED: July 30, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE