UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTIN R. CROSS,<br><br>    Plaintiff,<br><br>  v.<br><br>T. MEZA, et al.,<br><br>    Defendants. | No. 2:19-cv-2416 WBS AC P<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. ECF No. 23. Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: June 7, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE